**ORDERED.**

**Dated: July 17, 2025**

_____
Grace E. Robson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 6:25-bk-00400-GER |
| | Chapter 11 |
| TRUCKING DYNAMICS CORPORATION, | Subchapter V |
| | EIN: 27-3341693 |
| Debtor. | |
| _____/ | |

**ORDER (1) CONFIRMING FIRST AMENDED**
**CHAPTER 11 PLAN OF REORGANIZATION SUBMITTED BY**
**TRUCKING DYNAMICS CORPORATION UNDER 11 U.S.C. § 1191(a),**
**(2) GRANTING ORE TENUS MOTION TO CHANGE VOTE, (3) SETTING**
**DEADLINES, AND (4) SETTING POST-CONFIRMATION STATUS CONFERENCE**
**(Re: Doc. Nos. 58, 63, 80 and 81)**

THIS CASE came before the Court on June 24, 2025, at 1:30 p.m. (the "Hearing") upon the _Plan of Reorganization Submitted by Trucking Dynamic[s] Corporation_ (the "Original Plan") (Doc. No. 58) filed by Debtor Trucking Dynamics Corporation ("Debtor"), as modified on the record at the Hearing and further reflected in the _First Amended Plan of Reorganization Submitted by Trucking Dynamic[s] Corporation_ (the "Amended Plan") (Doc. No. 80). At the Hearing, Creditor First Citizens Bank & Trust Company made an _Ore Tenus Motion to Change Vote_ ("First Citizens' Ore Tenus Motion") (Doc. No. 81).

The Original Plan and Solicitation Package (Doc. No. 63) were transmitted to all creditors and interest holders, who were given timely notice of the Hearing and associated deadlines. During

the Hearing, the parties informed the Court that the parties had reached various agreements to resolve their disputes regarding confirmation issues. Based upon the evidence presented at the Hearing, and for the reasons stated orally in open court, the Court finds that the Amended Plan meets the applicable requirements of confirmation as set forth in 11 U.S.C. §§ 1129(a), 1191(a) and 1193(a). Accordingly, it is

**ORDERED:**

1.　　The Amended Plan (Doc. No. 80) is **CONFIRMED** pursuant to 11 U.S.C. § 1191(a).

2.　　Except as expressly provided in the Amended Plan, Debtor is granted a discharge under 11 U.S.C. § 1141(d)(1)(A).

3.　　This Order and the Amended Plan are intended to be construed harmoniously; however, if any direct conflict exists between the terms of this Order and the Amended Plan, then the Amended Plan shall control. The Court notes the following with respect to the Amended Plan:

   a. The Amended Plan did not explicitly provide for Claim No. 7 held by First Insurance Funding, a Division of Lake Forest ("FIF"). The Amended Plan is deemed to provide that FIF retains its lien on insurance premium and credits and is unimpaired; and

   b. The Amended Plan classifies the Secured Claim of Tandem in Class 7[1] and classifies holders of general unsecured claims in Class 8. Therefore, references in the Amended Plan to Class 7 when referring to Holders of General Unsecured Claims is a typographical error and are deemed to refer to Class 8.[2]

---

[1] While the secured creditor is referred to as "Tandem" in the Amended Plan; the creditor holding the secured claim is The Bancorp Bank. *See* Proof of Claim No. 12.
[2] *See e.g.*, Amended Plan at 13 n.1, 19, 20.

4.      First Citizens' Ore Tenus Motion (Doc. No. 81) is **GRANTED**.

5.      Debtor is authorized to execute all agreements and take all necessary actions to implement the Amended Plan.

6.      ***Disbursing Agent.*** Debtor is named as Disbursing Agent and must make all payments to holders of allowed claims as provided by the Amended Plan.

7.      ***Payment Date for Quarterly Plan Payments to General Unsecured Claims.*** Debtor shall make its first quarterly projected disposable income payment on or before October 15, 2025 and each quarter thereafter for a total of twelve (12) quarters.

8.      ***Schedule of Payments.*** A schedule of payments to be made pursuant to the Amended Plan is attached hereto as **Exhibit A**. A schedule of pro rata payments to be made pursuant to the Amended Plan is attached hereto as **Exhibit B.**

9.      ***Deadline for Adversarial Proceedings and Contested Matters.*** Pursuant to Local Rule 3020-1(d), unless otherwise ordered by this Court, any adversary proceeding or contested matter contemplated by the Amended Plan (including claim objections) shall be filed within sixty (60) days from entry of this Order.

10.     ***Deadline to File Rejection Damage Claims.* Article VI of the Amended Plan provides that all executory contracts and unexpired leases that were not assumed are deemed rejected. The deadline for counterparties to unexpired leases or contracts that are deemed rejected is thirty (30) days from entry of this Order.**

11.     ***Post-Confirmation Reporting.*** Debtor shall file with the Bankruptcy Court a financial report or statement of disbursements for each quarter (or portion thereof) that this chapter 11 case remains open, in a format prescribed by the United States Trustee.  Debtor shall also attach

3

to the quarterly reports copies of all bank statements and refinancing and/or sale closing documents for any property sold during the applicable period.

12.     ***Subchapter V Trustee's Final Report.*** Upon Debtor's filing of the Notice of Substantial Consummation, the Subchapter V Trustee shall file his final report and request for discharge from further trustee duties in accordance with 11 U.S.C. § 1183(c).

13.     ***Special Tax Provisions.*** Pursuant to the Amended Plan and in accordance with 11 U.S.C. § 1146, the issuance, transfer or exchange of securities pursuant to the Amended Plan, or the transfer of, or creation of any lien on, any property of Debtor pursuant to the Amended Plan or pursuant to an order of the Court, shall not be taxed under any law imposing a stamp tax, transfer tax, recordation tax, or similar tax.

14.     ***Notice of Effective Date.***  Debtor shall file with the Court and serve on all creditors and interested parties notice of the Effective Date of the Amended Plan within three (3) days of the occurrence of the Effective Date.

15.     ***Deadline to File Motion for Final Decree/Substantial Consummation.*** Debtor shall file a Certificate of Substantial Consummation and a Motion for Final Decree within fourteen (14) days after the Amended Plan is substantially consummated.

16.     ***Retention of Jurisdiction.*** The Court retains jurisdiction for any and all matters that may come before the Court in the administration of the Amended Plan and pursuant to this Order, specifically including but not limited to, the jurisdiction to determine all objections to claims; to fix and award all compensation to parties; to hear and determine all questions concerning the assets or property of Debtor, including any questions relating to any sums of money, services, or property due to Debtor; and to determine all matters of any nature or type necessary or appropriate to carry out the Amended Plan.

4

17.   ***Post-Confirmation Status Conference.*** The Court shall conduct a post-confirmation status conference on **September 9, 2025 at 10:00 a.m.**, in Courtroom 6D, on the 6th Floor of the George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, if the case is still pending.

# # #

Attorney for Debtor, Jeffrey S. Ainsworth, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

**EXHIBIT "A"**

**TRUCKING DYNAMICS CORPORATION**
Case No: 6:24-bk-00400-GER

| Date | SUB V | BRANSONLAW ATTY | TRIUMPH CLASS 1 | BMO CLASS 2 | FIRST CITIZENS CLASS 3 | FIRST CITIZENS CLASS 4 | FIRST CITIZENS CLASS 5 | FIRST CITIZENS CLASS 6 | GENERAL UNSECURED |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/2025 | Credit 1 at | 15493.68 | Post Petition | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 # | |
| 9/1/2025 | | | Agreement | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 # | |
| 10/1/2025 | Final Fee | Final Fee | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 11/1/2025 | Application | Application | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 12/1/2025 | to be filed | to be filed | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 1/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 2/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 3/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 4/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 5/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 6/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 7/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 8/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 9/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 10/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 11/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 12/1/2026 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 1/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 2/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 3/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 4/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 5/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 6/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 7/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 8/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 9/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 10/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 11/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 12/1/2027 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 1/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 2/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 3/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 4/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 5/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 6/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 7/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 8/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | 2959.00 |
| 9/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 10/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 11/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 12/1/2028 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 1/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 2/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 3/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 4/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 5/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 6/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 7/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 8/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 9/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 10/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 11/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 12/1/2029 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 1/1/2030 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 2/1/2030 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 3/1/2030 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 4/1/2030 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 5/1/2030 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 6/1/2030 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| 7/1/2030 | | | | 1,055.97 | 803.26 | 2,458.49 | 304.15 | 190.69 | |
| | | $15,493.68 | | $63,358.20 | $48,195.60 | $147,509.40 | $18,249.00 | $11,441.40 | $35,508.00 |

# EXHIBIT B

| Class 8 Unsecured Creditors | Claim Amount | % of Debt | Quarterly Payment | Claim No. or Scheduled |
|---|---|---|---|---|
| Fundbox, Inc. | $ 1,951.46 | 0.59% | $ 17.36 | Claim 3 |
| Forward Financing | $ 91,800.00 | 27.60% | $ 816.81 | Claim 4 |
| On Deck Capital, Inc | $ 66,103.29 | 19.88% | $ 588.16 | Claim 5 |
| IRS | $ 13,758.41 | 4.14% | $ 122.42 | Claim 6 |
| First Citizens IV | $ 41,383.92 | 12.44% | $ 368.22 | Claim 10 |
| First Citizens II | $ 47,826.81 | 14.38% | $ 425.55 | Claim 11 |
| Bank of America | $ 18,051.90 | 5.43% | $ 160.62 | scheduled |
| Bank of America | $ 34,674.22 | 10.43% | $ 308.52 | scheduled |
| Bank of America | $ 17,009.40 | 5.11% | $ 151.34 | scheduled |
| Total | $ 332,559.41 | 100.00% | $ 2,959.00 | |